

UNDER SEAL

FILED
CHARLOTTE, NC

NOV 16 2010

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 5:10CR53-V |
| v. | |
| (1) JAMES PAUL BYRD, aka "STEPHANIE STEWART," <br> (2) MICHAEL ENGELKING, aka "LISA KING," <br> (3) DAVID LARGE, aka "JENNA FOLTZ," <br> (4) BRIAN SLOTT, aka "AMY FARMER," aka "BUFFY TANNER," <br> (5) DANIEL SLOTT, aka "AMY FARMER," aka "BUFFY TANNER," <br> (6) HENRY WRIGHT, aka "KATY ELLIS," aka "KATY KAT," aka "KATY CAT" | ORDER TO SEAL |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrants and the Motion to Seal the Bill of Indictment be sealed until the defendants have been arrested.

This the 16th day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE